| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 03-CR-747 |
|---|---|---|
| TRANSFER OF JURISDICTION | U.S. [stamp] D.N.Y. SEP 7 2005 | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT BROOKLYN OFFICE Eastern District | DIVISION Brooklyn |
|---|---|---|
| John L. Smith 301 Tradition Way Rock Hill, South Carolina 29732 | NAME OF SENTENCING JUDGE The Honorable John Gleeson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/22/05 | TO 7/21/08 |

**OFFENSE**
Possession of Materials Depicting a Minor Engaged in Sexually Explicit Conduct.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____NEW YORK_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____District of South Carolina_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____9-1-05_____          s/John Gleeson
  Date                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____SOUTH CAROLINA_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____          _____
  Effective Date                 United States District Judge