| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 03-CR-747 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 0:05-960 |

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT, E.D.N.Y. ★ SEP 13 2005 ★ BROOKLYN OFFICE

U.S. DISTRICT COURT E.D.N.Y. SEP 7 2005 BROOKLYN OFFICE

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| John L. Smith | Brooklyn Office Eastern District | Brooklyn |
| 301 Tradition Way | NAME OF SENTENCING JUDGE | |
| Rock Hill, South Carolina 29732 | The Honorable John Gleeson | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/22/05 | TO 7/21/08 |

**OFFENSE**

Possession of Materials Depicting a Minor Engaged in Sexually Explicit Conduct.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____EASTERN____ DISTRICT OF ____NEW YORK____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____District of South Carolina____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_9-1-05_ _____
Date                                         United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ____SOUTH CAROLINA____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A TRUE COPY ATTEST
DATED September 7, 2005
ROBERT C. HEINEMANN
CLERK
BY _Francine Pizza_ DEPUTY CLERK

_September 4, 2005_                    s/ Matthew J. Perry Jr.
Effective Date                              United States District Judge